# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DALE DWAYNE CRAIG

NO. 2022 KW 0002

**APRIL 8, 2022**

---

In Re:    Dale Dwayne Craig, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 09-92-0884.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.**

**PMc**
**MRT**

**Welch, J.,** concurs. The writ application is devoid of any evidence that relator explicitly objected to the admission of his guilt at trial. See **State v. Brown**, 2016-0998 (La. 1/28/22), __ So.3d __, __, 2022 WL 266603, *44.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT